DEBORAH L. STEIN (State Bar No. 224570)
dstein@stblaw.com
COLIN H. ROLFS (State Bar No. 280654)
colin.rolfs@stblaw.com
JOANNE S. JENNINGS (State Bar No. 298009)
joanne.jennings@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone: (310) 407-7500
Facsimile:  (310) 407-7502

Attorneys for Defendants
BERKSHIRE HATHAWAY HOMESTATE
INSURANCE COMPANY and CYPRESS
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA GONZALEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKSHIRE HATHAWAY HOMESTATE COMPANIES, a Nebraska Corporation, et al.,<br><br>Defendants. | Case No. 2:16-cv-02690<br><br>The Honorable Andrew J. Guilford (JEM)<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION OF BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, CYPRESS INSURANCE COMPANY, ZENITH INSURANCE COMPANY, AND OLIVER GLOVER TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:       November 28, 2016<br>Time:       10:00 a.m.<br>Courtroom:  10D, Santa Ana<br><br>Action Filed: April 19, 2016<br><br>[Filed concurrently herewith: Memorandum of Points and Authorities; [Proposed] Order] |

Notice of Motion

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 28, 2016, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D of the United States District Court, Central District of California, located at 411 West 4th Street, Santa Ana, California 92701, Defendants Berkshire Hathaway Homestate Insurance Company (erroneously named as Berkshire Hathaway Homestate Companies), Cypress Insurance Company, Zenith Insurance Company, and Oliver Glover will move this Court for an order granting their Joint Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; all records and papers on file in this action; any oral argument; and any such further evidence that the Court may consider in hearing this motion. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 24, 2016.

Dated: October 31, 2016                SIMPSON THACHER & BARTLETT LLP

By /s/ *Deborah L. Stein*
    Deborah L. Stein

Attorneys for Defendants
BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY and CYPRESS INSURANCE COMPANY

LARY ALAN RAPPAPORT
JACQUELYN N. FERRY
COURTNEY M. BOWMAN
PROSKAUER ROSE LLP

By /s/
    Lary Alan Rappaport

Attorneys for Defendant
ZENITH INSURANCE COMPANY

-1-
Notice of Motion

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By */s/*
    Dennis B. Kass

Attorneys for Defendant
OLIVER GLOVER

Case 2:16-cv-02690-AG-JEM   Document 67   Filed 10/31/16   Page 4 of 4   Page ID #:930

# **SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: October 31, 2016            SIMPSON THACHER & BARTLETT LLP

By */s/ Deborah L. Stein*
    Deborah L. Stein

Attorneys for Defendants
BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY and CYPRESS INSURANCE COMPANY