UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Adela Gonzalez; and Tomas Montano**, <br><br>Plaintiffs, <br><br>v. <br><br>**Berkshire Hathaway Homestate Companies et al.**, <br><br>Defendants. | Case No. CV 16-02690 AG (JEMx) <br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiffs.

Dated: June 27, 2017

_____
Hon. Andrew J. Guilford
United States District Judge